IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10-cv-292

| | |
|---|---|
| **WILMA RUFF,** | )<br>) |
| Plaintiff, | )<br>)<br>) **ORDER** |
| vs. | )<br>) |
| **WAL-MART STORES EAST, LP,** | )<br>) |
| Defendant, | )<br>) |

**This matter** has come before the Court pursuant to a telephone call from counsel for defendant received on January 30, 2012 advising that all matters in dispute between the plaintiff and defendant had been settled and compromised. To give the parties sufficient time to file a stipulation of dismissal with prejudice, the undersigned will modify scheduling for trial of this case and continue the matter from the February 13, 2012 session to the April 16, 2012 session which is to be held at the United States Courthouse in Bryson City, North Carolina. This should give sufficient time for the filing of the stipulation of voluntary dismissal. If this stipulation of voluntary dismissal has not been filed by that time then this case would be the third case for trial at the April 16, 2012 session.

Signed: February 1, 2012

Dennis L. Howell
United States Magistrate Judge